UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANUEL JOSE AYBAR REYES,<br><br>      Petitioner<br>v.<br><br>PATRICIA HYDE, et al.<br><br>      Respondents. | Civil Action No. 25-cv-13149-LTS |

### RESPONDENTS' ABBREVIATED RESPONSE TO AMENDED PETITION FOR HABEAS CORPUS

Petitioner Manuel Jose Aybar Reyes has filed a Petition for Writ of Habeas Corpus challenging his immigration detention and seeking his immediate release. *See* Doc. No. 1. Petitioner subsequently filed an Amended Petition for Writ of Habeas Corpus. *See* Doc. No. 6. Respondents recognize that the legal issues presented in the Amended Petition are similar to those recently addressed by this Court in *Garcia v. Hyde*[1] and *Encarnacion v. Moniz*.[2] Accordingly, Respondents submit the following abbreviated response to the Amended Petition to expedite the Court's consideration of this matter and to conserve the resources of the parties and the Court. Respondents' abbreviated response relies upon, and incorporates by reference, the legal arguments that Respondents presented in *Garcia* and *Encarnacion*.[3]

---

[1] No. 25-cv-11513-LTS, Doc. No. 21 (D. Mass. July 14, 2025).
[2] No. 25-cv-12237-LTS, Doc. No. 16 (D. Mass. Sept. 5, 2025).
[3] *See generally* Doc. Nos. 14, 16, and 20 in *Garcia* (25-cv-11513-LTS), and Doc No. 12 in *Encarnacion* (25-cv-12237-LTS).

I.  **BACKGROUND**

Petitioner is a citizen of the Dominican Republic.  Doc. No. 6, ¶ 16.  He asserts that he has resided in the United States since 2022 and currently lives in Lawrence, Massachusetts.  Doc. No. 6, ¶ 46.  Petitioner was arrested and detained by Immigration and Customs Enforcement ("ICE") on October 27, 2025.  Doc. No. 6, ¶ 47.   Petitioner is currently in removal proceedings before the Chelmsford Immigration Court.  Doc. No. 6, ¶ 48.

Petitioner appears to assert that his detention is governed by 8 U.S.C. § 1226, not § 1225(b).  Doc. No. 6, ¶¶ 26-45.  He asserts the following claims:  Violation of the Immigration and Nationality Act (Count I) (Doc. No. 6, ¶¶ 54-56); Violation of Bond Regulations (Count II) (Doc. No. 6, ¶¶ 57-60), and a Violation of the Fifth Amendment Right to Due Process (Count III) (Doc. No. 6, ¶¶ 61-65).

II.  **DISCUSSION**

Respondents' position remains that the Court should deny the Petition because Petitioner is an applicant for admission, which means 8 U.S.C. § 1225(b)(2)(A) authorizes Petitioner's detention, and the due process clause provides Petitioner only those rights conferred by statute.  Respondents further note that the Board of Immigration Appeals' recent decision that noncitizens "who are present in the United States without admission are applicants for admission" who "must be detained for the duration of their removal proceedings."  *See Matter of Yajure Hurtado*, 29 I. & N. Dec. 216, 220 (B.I.A. 2025).  However, Respondents recognize that in *Garcia* and *Encarnacion* this Court held that 8 U.S.C. § 1226(a)—not § 1225(b)—governed the petitioner's detention.  *See Encarnacion v. Moniz*, 25-cv-12237-LTS, Doc. No. 16 (D. Mass. Sept. 5, 2025); *Garcia v. Hyde*, 25-cv-11513-LTS, Doc. No. 21 at 5 (D. Mass. July 14, 2025).  Should the Court apply the reasoning of *Garcia* and *Encarnacion*, it would reach the same result here.

If the Court finds that Petitioner's detention is governed by 8 U.S.C. § 1226, Respondents submit that the appropriate relief is a bond hearing, not outright release, just as this Court ordered in *Garcia*. *See Garcia*, 25-cv-11513-LTS, Doc. No. 21 at 5 (D. Mass. July 14, 2025).

Accordingly, Respondents respectfully submit that the Court may resolve the Petition without further briefing or oral argument. Respondents thank the Court for its consideration of this abbreviated submission.[4]

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: November 3, 2025      By:

/s/ Nicole M. O'Connor
Nicole M. O'Connor
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3112
Email: Nicole.O'Connor@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Nicole M. O'Connor, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: November 3, 2025      By:   /s/ Nicole M. O'Connor
Nicole M. O'Connor
Assistant U.S. Attorney

---

[4] Respondents submit that the Court's decisions in *Garcia* and *Encarnacion* are dispositive here. However, Respondents will provide further briefing on any issue that Respondents did not address in that case, if the Court would like Respondents to do so.