UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANUEL JOSE AYBAR REYES,<br><br>　　　　　　　　Petitioner<br>v.<br><br>PATRICIA HYDE, et al.<br><br>　　　　　　　　Respondents. | Civil Action No. 25-cv-13149-LTS |

### RESPONDENTS' STATUS REPORT

Respondents respectfully provide the Court with the following status report:

A bond hearing was held on November 10, 2025. Petitioner was granted bond and has since been released from custody.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LEAH B. FOLEY
　　　　　　　　　　　　　　　　　　United States Attorney

Dated: November 12, 2025　　　By:

　　　　　　　　　　　　　　　　　　*/s/ Nicole M. O'Connor*
　　　　　　　　　　　　　　　　　　Nicole M. O'Connor
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　Tel.: 617-748-3112
　　　　　　　　　　　　　　　　　　Email: Nicole.o'connor@usdoj.gov

## CERTIFICATE OF SERVICE

    I, Nicole M. O'Connor, Assistant U.S. Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: November 12, 2025      By:    */s/ Nicole M. O'Connor*
                                                                        Nicole M. O'Connor
                                                                        Assistant U.S. Attorney