UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MANUEL JOSE AYBAR REYES,
    Petitioner,

v.

ANTONE MONIZ et al.,
    Respondents.

Civil No. 25-13149-LTS

JUDGMENT

November 13, 2025

SOROKIN, J.

Pursuant to the Order dated November 4, 2025, Doc. No. 11, the Amended Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described. Each party shall bear their own fees and costs.

SO ORDERED.

  /s/ Leo T. Sorokin
United States District Judge